**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **PRESQRIBER, LLC,**<br><br>                    Plaintiff,<br><br>v.<br><br>**PRACTICE FUSION, INC.,**<br><br>                    Defendant. | Case No. 6:14-cv-460<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**PRESQRIBER, LLC'S
NOTICE OF RELATED CASES**

Plaintiff Presqriber, LLC ("Prescriber") files this Notice of Related Cases, as follows:

On May 8, 2014, Presqriber filed 26 Complaints for patent infringement in the Eastern District of Texas, Tyler Division, each asserting infringement of U.S. Patent 5,758,095, as set forth below:

| Case No. | Defendant |
|---|---|
| 6:14-cv-439 | Amazing Charts, LLC |
| 6:14-cv-440 | AO Capital Partners LLC d/b/a Prognosis Innovation Healthcare |
| 6:14-cv-441 | Aprima Medical Software, Inc. |
| 6:14-cv-442 | Athenahealth, Inc. |
| 6:14-cv-443 | Cerner Corporation |
| 6:14-cv-444 | Community Computer Service, Inc. d/b/a Medent |
| 6:14-cv-445 | Computer Programs and Systems, Inc. (CPSI) |
| 6:14-cv-446 | CureMD.com, Inc. |
| 6:14-cv-447 | eCareSoft, Inc. |
| 6:14-cv-448 | E-MDs, Inc. |
| 6:14-cv-449 | General Electric Company |
| 6:14-cv-450 | Greenway Medical Technologies, Inc. |
| 6:14-cv-451 | Health Care Systems, Inc. |
| 6:14-cv-452 | Healthland Inc. |
| 6:14-cv-453 | McKesson Corporation |
| 6:14-cv-454 | Medhost, Inc. |
| 6:14-cv-455 | Medical Information Technology, Inc. d/b/a MEDITECH |
| 6:14-cv-456 | Medsphere Systems Corporation |
| 6:14-cv-457 | Merge Healthcare Solutions, Inc. |
| 6:14-cv-458 | NextGen Healthcare Information Systems, LLC |

| | |
|---|---|
| 6:14-cv-459 | Optum Inc. |
| 6:14-cv-460 | Practice Fusion, Inc. |
| 6:14-cv-461 | QuadraMed Corporation |
| 6:14-cv-462 | Quest Diagnostics Incorporated |
| 6:14-cv-463 | Razor Insights, LLC |
| 6:14-cv-464 | Siemens Medical Solutions USA, Inc. |

Dated: May 13, 2014                                    Respectfully submitted,

                                          */s/ Craig Tadlock*
                                          Craig Tadlock
                                          State Bar No. 00791766
                                          John J. Harvey, Jr.
                                          State Bar No. 09179770
                                          Keith Smiley
                                          State Bar No. 24067869
                                          TADLOCK LAW FIRM PLLC
                                          2701 Dallas Parkway, Suite 360
                                          Plano, Texas 75093
                                          903-730-6789
                                          craig@tadlocklawfirm.com
                                          john@tadlocklawfirm.com
                                          keith@tadlocklawfirm.com

***Attorneys for Plaintiff Presqriber, LLC***

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 13, 2014.

                                          */s/ Craig Tadlock*
                                          Craig Tadlock