

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 6:14-cv-00460-KNM

Name of party requesting extension: Defendant, Practice Fusion, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
  ☐ No

If no, please indicate which application this represents:  ☐ Second
  ☐ Third
  ☐ Other _____

Date of Service of Summons: 05/28/2014

Number of days requested:  ☑ 30 days
  ☐ 15 days
  ☐ Other _____ days

New Deadline Date: 07/18/2014  *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Michael J. Sacksteder

State Bar No.: CA 191605; ED TX Admitted

Firm Name: FENWICK & WEST LLP

Address: 555 California Street, 12th Floor
San Francisco, CA 94104

Phone: (415) 875-2300

Fax: (415) 281-1350

Email: msacksteder@fenwick.com

A certificate of conference does not need to be filed with this unopposed application.