# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PRESQRIBER, LLC,**<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>**PRACTICE FUSION, INC.,**<br><br>　　　　　　　　　　Defendant. | Case No. 6:14-cv-460<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff Presqriber, LLC ("Presqriber") and Defendant Practice Fusion, Inc. ("Practice Fusion") file this agreed motion to dismiss with prejudice. The parties have agreed to settle all claims in the above-captioned action. The parties, therefore, move this Court to dismiss this action and all claims by Presqriber against Practice Fusion made therein, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, Plaintiff Presqriber respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated: September 22, 2014　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 */s/ Craig Tadlock*
　　　　　　　　　　　　　　　　　　　　Craig Tadlock
　　　　　　　　　　　　　　　　　　　　State Bar No. 00791766
　　　　　　　　　　　　　　　　　　　　John J. Harvey, Jr.
　　　　　　　　　　　　　　　　　　　　State Bar No. 09179770
　　　　　　　　　　　　　　　　　　　　Keith Smiley
　　　　　　　　　　　　　　　　　　　　State Bar No. 24067869
　　　　　　　　　　　　　　　　　　　　TADLOCK LAW FIRM PLLC
　　　　　　　　　　　　　　　　　　　　2701 Dallas Parkway, Suite 360
　　　　　　　　　　　　　　　　　　　　Plano, Texas 75093

903-730-6789<br>
craig@tadlocklawfirm.com<br>
john@tadlocklawfirm.com<br>
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Presqriber, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 22, 2014, I conferred by email with counsel for Defendant. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

*/s/ Keith Smiley*
Keith Smiley

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 22nd day of September, 2014.

*/s/ Craig Tadlock*
Craig Tadlock